```
           UNITED STATES DISTRICT COURT
         SOUTHERN DISTRICT OF WEST VIRGINIA
                   AT CHARLESTON
```

**AMBER D. HALL,**

    Plaintiff,

v.                                Civil Action No. 2:20-cv-00146

**GESTAMP WEST VIRGINIA, LLC,
BARRY HOLSTEIN, KENNETH SUPRENANT,
and SCOTT HUGHES,**

    Defendants.

<u>ORDER</u>

Pending is the defendants' motion to permit their sponsoring attorney to attend further proceedings by telephonic or electronic means, filed September 30, 2020 (ECF No. 63).

The defendants ask that the sponsoring attorney, Raj A. Shah, be excused from attending in-person and instead be permitted to attend telephonically or electronically all further proceedings in this case including pretrial conferences, hearings, trials, and depositions. <u>See</u> ECF No. 63. The defendants explain that their visiting attorney, Ronald Flowers, will be present representing them at these proceedings and that Mr. Shah will have little to no involvement at the proceedings Mr. Flowers attends. <u>Id.</u> The defendants note an upcoming deposition in South Carolina and assert that Mr. Shah's travel

to and in-person attendance at the deposition would unnecessarily increase the risk of exposure to COVID-19.

For the reasons offered by the defendants, the court agrees that Mr. Shah should be excused from attending any upcoming depositions in person. However, the court is not prepared to excuse Mr. Shah from attending all further proceedings in person at this time.

Accordingly, it is ORDERED that the defendants' motion to permit their sponsoring attorney to attend further proceedings by telephonic or electronic means (ECF No. 63) be, and hereby it is, granted in part and denied without prejudice in part. The defendants' sponsoring attorney, Mr. Shah, is excused from attending any further depositions in person. The defendants may renew this motion at a later time closer to scheduled hearings, pretrial conference, or trial. This order in no way precludes the magistrate judge from conducting conferences or hearings regarding matters in this case assigned to him through telephonic or electronic means as he sees fit.

The Clerk is directed to transmit copies of this order to all counsel of record and any unrepresented parties.

                                            **ENTER: October 7, 2020**

                                            John T. Copenhaver, Jr.
                                            Senior United States District Judge