# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF WEST VIRGINIA
### AT CHARLESTON

| | |
|---|---|
| AMBER D. HALL, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No.: 2:20-cv-00146 |
| GESTAMP WEST VIRGINIA, LLC, BARRY HOLSTEIN, KENNETH SUPRENANT & SCOTT HUGHES, | ) |
| Defendants. | ) |

## JOINT STATUS REPORT

Pursuant to the Court's Order granting Defendant's Motion to Continue Unexpired Deadlines (ECF No. 56), counsel for the parties submit the following Joint Status Report:

The parties completed the deposition of Kenneth Suprenant on Friday, October 9, 2020, in Charleston, South Carolina.

Jointly submitted on this the 16th day of October, 2020.

| | |
|---|---|
| /s/ D. Adrian Hoosier II    10/16/2020 | /s/ Raj A. Shah    10/16/2020 |
| D. Adrian Hoosier II, Esquire (#10013) | Raj A. Shah, Esquire (#11269) |
| **HOOSIER LAW FIRM PLLC** | **HENDRICKSON & LONG, PLLC** |
| Suite 100 | 214 Capitol Street (zip 25301) |
| 213 Hale Street | P.O. Box 11070 |
| Charleston, West Virginia 25301 | Charleston, West Virginia 25339 |
| (681) 265-5000 | (304) 346-5500; (304) 346-5515 (facsimile) |
| (681) 265-5001 (facsimile) | rshah@handl.com |
| adrian@hlfwv.com | |
| *Counsel for Plaintiff* | Ronald Flowers, Esquire |
| | (*admitted pro hac vice*) |
| | **BURR & FORMAN LLP** |
| | 420 North 20th Street / Suite 3400 |
| | Birmingham, Alabama 35203 |
| | (205) 251-3000; (205) 458-5100 (facsimile) |
| | rflowers@burr.com |

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

| | |
|---|---|
| AMBER D. HALL, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Civil Action No.: 2:20-cv-00146 |
| GESTAMP WEST VIRGINIA, LLC, BARRY HOLSTEIN, KENNETH SUPRENANT & SCOTT HUGHES, | ) ) ) ) ) |
| Defendant. | ) |

**CERTIFICATE OF SERVICE**

I, Raj A. Shah, do hereby certify that on the **16th day of October, 2020**, I have served a true and exact copy of the foregoing **"JOINT STATUS REPORT"** using the Court's CM/ECF system, which will electronically deliver a true copy thereof upon counsel of record listed below:

>D. Adrian Hoosier II, Esquire
>**HOOSIER LAW FIRM PLLC**
>Suite 100
>213 Hale Street
>Charleston, West Virginia  25301
>*Counsel for Plaintiff*

>*/s/  Raj A. Shah*            10/16/2020
>Raj A. Shah, Esquire (#11269)
>**HENDRICKSON & LONG, PLLC**
>214 Capitol Street (zip 25301)
>P.O. Box 11070
>Charleston, West Virginia   25339
>(304) 346-5500
>(304) 346-5515 (facsimile)
>rshah@handl.com