```
            UNITED STATES DISTRICT COURT
          SOUTHERN DISTRICT OF WEST VIRGINIA
                    AT CHARLESTON
```

**AMBER D. HALL,**

    Plaintiff,

v.                                 Civil Action No. 2:20-cv-00146

**GESTAMP WEST VIRGINIA, LLC,
BARRY HOLSTEIN, KENNETH SUPRENANT,
and SCOTT HUGHES,**

    Defendants.

## ORDER

Pending is the defendants' motion to substitute a corrected version of their motion to strike the plaintiff's evidentiary submission, filed December 16, 2020 (ECF No. 103).

The defendants state that the version of the motion to strike they filed on December 14, 2020, inadvertently omits the name of one of the plaintiff's witnesses whose testimony or other submissions the motion challenges from a section of the motion containing a list of such witnesses. See ECF No. 103 at 1. The corrected version adds the witness's name to the list, but it does not add any arguments regarding the witness that were not already included in the filed version. Compare ECF No. 99, with ECF No. 103-1.

The court finds that there is good cause to substitute the corrected version of the motion and that there is no

prejudice to the plaintiff. Accordingly, it is ORDERED that the defendant's motion to substitute a corrected version of their motion to strike the plaintiff's evidentiary submission (ECF No. 103) be, and hereby it is, granted. The Clerk is directed to substitute the filed version of the motion with the corrected version of the motion provided by the defendants.

The Clerk is directed to transmit copies of this order to all counsel of record and any unrepresented parties.

ENTER: December 17, 2020

John T. Copenhaver, Jr.
Senior United States District Judge