IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON

AMBER D. HALL,

    Plaintiff,

v.                                      Civil Action Number: 2:20-cv-00146
                                        Judge: John T. Copenhaver, Jr.

GESTAMP WEST VIRGINIA, LLC,
BARRY HOLSTEIN,
KENNETH SUPRENANT,
& SCOTT HUGHES,

    Defendants.

## NOTICE OF SETTLEMENT CONFERENCE

Notice is hereby given that all involved parties have agreed to conduct a Settlement Conference beginning at *10:00 a.m. Eastern Standard Time on Thursday, January 7, 2021*. Counsel for Defendant has agreed to prepare a "link" to ensure virtual attendance.

                                                                 AMBER D. HALL,
                                                                 By Counsel:

_/s/ D. Adrian Hoosier, II_

D. Adrian Hoosier, II
West Virginia State Bar Number: 10013
Hoosier Law Firm, PLLC
213 Hale Street, Suite 100
Charleston, West Virginia 25301
T: 681-265-5000
F: 681-265-5001

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON

AMBER D. HALL,

    Plaintiff,

v.                                              Civil Action Number: 2:20-cv-00146
                                                Judge: John T. Copenhaver, Jr.

GESTAMP WEST VIRGINIA, LLC,
BARRY HOLSTEIN,
KENNETH SUPRENANT,
& SCOTT HUGHES,

    Defendants.

## CERTIFICATE OF SERVICE

I, D. Adrian Hoosier, II, counsel for Plaintiff, do hereby certify that I have served the foregoing ***NOTICE OF SETTLEMENT CONFERENCE,*** via United States District Court E-filing, on this the 6th day of January, 2021, to the following:

Hendrickson & Long, PLLC
Attention: Raj A. Shah
Post Office Box 11070
Charleston, West Virginia 25339

Burr & Forman, LLP
Attention: Ronald W. Flowers, Jr.
420 North 20th Street, Suite 3400
Birmingham, Alabama 35203

_____
D. Adrian Hoosier, II, Esquire WVSB #10013

1