**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON**

| | | |
|---|---|---|
| **AMBER D. HALL,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action No.:  2:20-cv-00146** |
| | ) | |
| **GESTAMP WEST VIRGINIA, LLC,** | ) | |
| **BARRY HOLSTEIN, KENNETH** | ) | |
| **SUPRENANT & SCOTT HUGHES,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

## JOINT MOTION TO STAY DEADLINES AND CONTINUE TRIAL

**COME NOW** the parties in the above-referenced case, Plaintiff Amber D. Hall ("Plaintiff

or "Hall") and Defendants Gestamp West Virginia, LLC ("Gestamp"), Kenneth Suprenant

("Suprenant"), and Scott Hughes ("Hughes") (collectively "Defendants"), and move this Court to

stay pending deadlines and continue the trial date of February 23, 2021, to be rescheduled on a

date after May 17, 2021, or alternatively after General Order #10 of the Southern District of West

Virginia is removed and jury trials are permitted to occur.  In support of this Motion, the parties

state as follows:

1.      On September 8, 2020, this Court entered a Scheduling Order, setting jury trial for

February 23, 2021, and setting the following remaining deadlines:

- January 11, 2021: Proposed Pretrial Order to Defendant
- January 14, 2021: Motion in Limine
- January 19, 2021: Integrated Pretrial Order
- January 21, 2021: Responses for Motions in Limine
- January 29, 2021: Pretrial Conference
- February 18, 2021: Proposed Jury Charge
- February 22, 2021: Final Settlement Conference

2.     The Defendant's Motion for Summary Judgment and Defendant's Corrected Motion to Strike remain pending before this Court.

3.     On December 4, 2020, this Court entered General Order #10, regarding Court Operations in Light of the Exigent Circumstances Presented by the COVID-19 Pandemic, which ordered that "all civil and criminal petit jury selections and trials scheduled to commence before any district or magistrate judge in the Southern District of West Virginia are CONTINUED until further notice of the Court."

5.     If trial is set to commence on February 23, 2021, counsel for the parties will need to immediately begin preparing for trial and expending substantial time and resources preparing for the upcoming deadlines and trial, due to the voluminous nature of discovery in this case.

6.     COVID-19 cases and hospitalizations in West Virginia have continued to increase significantly since the December 4 Order and there is no indication that numbers will improve prior to February 23, 2021. *See* West Virginia Department of Health & Human Resources, https://dhhr.wv.gov/COVID-19/Pages/default.aspx.

7.     To avoid expending the significant time and resources to prepare for a trial for which there is a significant likelihood it will not occur on February 23, 2021, slightly more than six weeks away, the parties move that the trial be continued and that all pending deadlines be continued and the trial date reset for May 17, 2021, or sometime thereafter, when the COVID-19 circumstances should have improved and jury trials should be able to be conducted.  Alternatively, the parties request that all pending deadlines be stayed until the lifting of General Order #10 and the resumption of civil jury trials, at which time the trial date and pending deadlines can be rescheduled.  Otherwise, the parties may have to prepare for the jury trial in this case two times, which would cause unnecessary time expenditure and great expense to the parties.

WHEREFORE, the parties respectfully request that this Court stay pending deadlines and continue the trial date of February 23, 2021, to be rescheduled on a date after May 17, 2021, or alternatively after General Order #10 of the Southern District of West Virginia is removed and jury trials are permitted to occur.

**AMBER D. HALL,**
**By Counsel.**

**GESTAMP WEST VIRGINIA, LLC;**
**KENNETH SUPRENANT; and**
**SCOTT HUGHES,**
**By Counsel.**

*/s/  D. Adrian Hoosier II        01/07/2021*
D. Adrian Hoosier II, Esquire (#10013)
**HOOSIER LAW FIRM PLLC**
Suite 100
213 Hale Street
Charleston, West Virginia  25301
(681) 265-5000
(681) 265-5001 (facsimile
adrian@hlfwv.com
***Counsel for Plaintiff***

*/s/  Raj A. Shah                01/07/2021*
Raj A. Shah, Esquire (#11269)
**HENDRICKSON & LONG, PLLC**
214 Capitol Street (zip 25301)
P.O. Box 11070
Charleston, West Virginia  25339
(304) 346-5500; (304) 346-5515 (facsimile)
rshah@handl.com

Ronald Flowers, Esquire
(*admitted pro hac vice*)
**BURR & FORMAN LLP**
420 North 20th Street / Suite 3400
Birmingham, Alabama 35203
(205) 251-3000; (205) 458-5100 (facsimile)
rflowers@burr.com

**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF WEST VIRGINIA**
**AT CHARLESTON**

| | |
|---|---|
| **AMBER D. HALL,** | ) |
| | ) |
|    **Plaintiff,** | ) |
| | ) |
| **v.** | )    **Civil Action No.: 2:20-cv-00146** |
| | ) |
| **GESTAMP WEST VIRGINIA, LLC,** | ) |
| **BARRY HOLSTEIN, KENNETH** | ) |
| **SUPRENANT & SCOTT HUGHES,** | ) |
| | ) |
|    **Defendant.** | ) |

## CERTIFICATE OF SERVICE

     I, Raj A. Shah, do hereby certify that on the **7th day of January, 2021**, I have served a true and exact copy of the foregoing **"JOINT MOTION TO STAY DEADLINES AND CONTINUE TRIAL"** using the Court's CM/ECF system, which will electronically deliver a true copy thereof upon counsel of record listed below:

> D. Adrian Hoosier II, Esquire
> **HOOSIER LAW FIRM PLLC**
> Suite 100
> 213 Hale Street
> Charleston, West Virginia  25301
> ***Counsel for Plaintiff***

> ***/s/  Raj A. Shah_____       01/07/2021***
> Raj A. Shah, Esquire (#11269)
> **HENDRICKSON & LONG, PLLC**
> 214 Capitol Street (zip 25301)
> P.O. Box 11070
> Charleston, West Virginia   25339
> (304) 346-5500
> (304) 346-5515 (facsimile)
> rshah@handl.com