```
             UNITED STATES DISTRICT COURT
          SOUTHERN DISTRICT OF WEST VIRGINIA
                     AT CHARLESTON
```

AMBER D. HALL,

    Plaintiff,

v.     Civil Action No. 2:20-cv-00146

GESTAMP WEST VIRGINIA, LLC,
BARRY HOLSTEIN, KENNETH SUPRENANT,
and SCOTT HUGHES,

    Defendants.

<u>ORDER</u>

Pending is the parties' joint motion to stay deadlines and continue trial, filed January 8, 2021 (ECF No. 109).

This plaintiff commenced this action on or about April 18, 2018, in Kanawha County Circuit Court, and the defendant removed the action to this court on February 21, 2020, after the plaintiff indicated she intended to raise a federal cause of action. <u>See</u> ECF No. 1; ECF No. 1-1 at 11-20; <u>see also</u> ECF No. 9. Currently, the trial in this case is set for February 23, 2021, and a number of pretrial deadlines are set for dates beginning on January 11, 2021, and continuing until trial. <u>See</u> ECF No. 55.

The parties note that the defendants' motions to strike and for summary judgment are pending following completion of briefing on January 7, 2021.  See ECF No. 75; ECF No. 105.  The parties also point out that, pursuant to the court's General Order No. 10, issued December 4, 2020, all civil jury trials have been continued in light of the COVID-19 pandemic until further order of the court.  The parties state that the current schedule will require them to expend significant time and resources preparing for a trial currently set to commence in roughly six weeks when, because of General Order No. 10, they will likely have to prepare for trial again at some indefinite point in the future.  Additionally, the court notes that the case has been pending in this court for less than a year and that resolution of the pending motion for summary judgment might obviate the need, or clarify the issues, for trial and the remaining items in the scheduling order.

The parties ask that all pending deadlines be stayed until the further order of the court contemplated by General Order No. 10 is issued or, in the alternative, that the trial date be reset to May 17, 2021, and that all other deadlines in the current scheduling order be continued indefinitely.

For good cause shown, it is ORDERED that the parties' joint motion to stay deadlines and continue trial (ECF No. 109)

be, and hereby it is granted to the extent the parties' request that the current schedule be amended. It is further ORDERED that the schedule in this case shall be amended as follows:

| Deadline | Date |
| --- | --- |
| Motion in limine deadline | 04/02/2021 |
| Responses for motions in limine | 04/09/2021 |
| Proposed pretrial order to defendant | 03/30/2021 |
| Integrated pretrial order | 04/06/2021 |
| Pretrial conference | 04/16/2021 1:30 PM |
| Proposed jury charge | 05/13/2021 |
| Final settlement conference | 05/17/2021 1:30 PM |
| Trial | 05/18/2021 9:30 AM |

With the exception of the above modifications, the requirements and directives of the original scheduling order, as amended heretofore, shall remain in full force and effect.

The Clerk is directed to transmit copies of this order to all counsel of record and any unrepresented parties.

ENTER: January 8, 2021

John T. Copenhaver, Jr.
Senior United States District Judge