IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| AMBER D. HALL, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Civil Action No.: 2:20-cv-00146 |
| GESTAMP WEST VIRGINIA, LLC, BARRY HOLSTEIN, KENNETH SUPRENANT & SCOTT HUGHES, | ) ) ) ) |
| Defendants. | ) ) |

## JOINT STIPULATION OF DISMISSAL OF DEFENDANT BARRY HOLSTEIN

Plaintiff Amber D. Hall and Defendants Gestamp West Virginia, LLC, Barry Holstein, Kenneth Suprenant and Scott Hughes, by and through their counsel of record, hereby stipulate to the dismissal of plaintiff's claims asserted in this case against Barry Holstein with prejudice, with each party to bear their own expenses, costs, and attorneys' fees.

| | |
|---|---|
| **AMBER D. HALL,** By Counsel. | **GESTAMP WEST VIRGINIA, LLC; KENNETH SUPRENANT;** and **SCOTT HUGHES,** By Counsel. |
| /s/ D. Adrian Hoosier II      01/11/2021 D. Adrian Hoosier II, Esquire (#10013) **HOOSIER LAW FIRM PLLC** Suite 100 213 Hale Street Charleston, West Virginia  25301 (681) 265-5000 (681) 265-5001 (facsimile) adrian@hlfwv.com *Counsel for Plaintiff* | /s/ Raj A. Shah                    01/11/2021 Raj A. Shah, Esquire (#11269) **HENDRICKSON & LONG, PLLC** 214 Capitol Street (zip 25301) P.O. Box 11070 Charleston, West Virginia  25339 (304) 346-5500; (304) 346-5515 (facsimile) rshah@handl.com  Ronald Flowers, Esquire (*admitted pro hac vice*) **BURR & FORMAN LLP** 420 North 20th Street / Suite 3400 Birmingham, Alabama 35203 (205) 251-3000; (205) 458-5100 (facsimile) rflowers@burr.com |

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

| | |
|---|---|
| AMBER D. HALL, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Civil Action No.: 2:20-cv-00146 |
| GESTAMP WEST VIRGINIA, LLC, BARRY HOLSTEIN, KENNETH SUPRENANT & SCOTT HUGHES, | ) ) ) ) |
| Defendant. | ) |

### CERTIFICATE OF SERVICE

I, Raj A. Shah, do hereby certify that on the **11th day of January, 2021**, I have served a true and exact copy of the foregoing **"JOINT STIPULATION OF DISMISSAL OF DEFENDANT BARRY HOLSTEIN"** using the Court's CM/ECF system, which will electronically deliver a true copy thereof upon counsel of record listed below:

D. Adrian Hoosier II, Esquire
**HOOSIER LAW FIRM PLLC**
Suite 100
213 Hale Street
Charleston, West Virginia 25301
*Counsel for Plaintiff*

/s/ *Raj A. Shah*            01/11/2021
Raj A. Shah, Esquire (#11269)
**HENDRICKSON & LONG, PLLC**
214 Capitol Street (zip 25301)
P.O. Box 11070
Charleston, West Virginia 25339
(304) 346-5500
(304) 346-5515 (facsimile)
rshah@handl.com