IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

AMBER D. HALL, )
)
    Plaintiff, )
)
v. )
)
GESTAMP WEST VIRGINIA, LLC, )    Civil Action No.: 2:20-cv-00146
BARRY HOLSTEIN, KENNETH )
SUPRENANT & SCOTT HUGHES, )
)
    Defendant. )
)

## PLAINTIFF'S PROPOSED VERDICT FORM

1) Do you, the members of the jury, find, based on a preponderance of the evidence that the Defendant discriminated against Plaintiff, Amber Hall, by terminating her employment based, in whole or in part on her disability?

Yes _____

No _____

2) Do you, the members of the jury, find, based on a preponderance of the evidence that the Defendant failed to accommodate Amber Hall for her disability, prior to the termination?

Yes _____

No _____

3) Do you, the members of the jury, find, based on a preponderance of the evidence that the Defendant failed to accommodate Amber Hall for her disability, prior to her having to leave work, by failing to provide her with time off she was permitted pursuant to the FMLA.

1

Yes_____

No _____

    4) Do you, the members of the jury, find, based on a preponderance of the evidence that the Defendant terminated Amber Hall due to her request for FMLA leave?

Yes_____

No _____

    5) Do you, the members of the jury, find, based on a preponderance of the evidence that the Defendant failed to provide Amber Hall all of her leave pursuant to FMLA ?

Yes_____

No _____

    6) Do you, the members of the jury, find, based on a preponderance of the evidence that the Defendant failed to accommodate Amber Hall for her disability, before OR after she had to leave work, by failing to work with her to determine what reasonable accommodation could be offered to allow her to continue her job?

Yes_____

No _____

    7) If you have check yes to any, or all, of the above questions please answer the following:

        a. You the jury, finding, the defendant was either discriminated against due to her disability, and/or was not provided an accommodation may award damages for lost wages as follows:
            i. Back Pay, or pay that Hall could have earned from the date of her employment separation to the present day (you are, if you award Back Pay, are instructed to award lost benefits as well – include the total award, do not attempt to break down what is pay and what is benefits):

$ _____

  ii. Front Pay, or pay that Amber Hall could have earned from the present day – through the date of her expected retirement age (you are, if you award Front Pay, are instructed to award lost benefits as well – include the total award, do not attempt to break down what is pay and what is benefits):

$ _____

b. You the jury, finding, the Plaintiff was either discriminated against due to her disability, and/or was not provided an accommodation may award damages for the following:
  i. Annoyance:   $ _____
  ii. Inconvenience:  $ _____
  iii. Aggravation   $ _____

c. You the jury, if you find the Defendant acted willful, wanton, reckless, or grossly negligent, may award punitive damages, if you find that the Defendant did act grossly negligent, reckless, wanton, or willful, provide the amount of punitive damages you award below:

$ _____

              AMBER D. HALL,
              By Counsel:

_/s/ Adrian Hoosier_

D. Adrian Hoosier, II (WVSB# 10013)
Hoosier Law Firm, PLLC
213 Hale Street, Suite 100
Charleston, West Virginia 25301
T: 681-215-0642
F: 681-245-6192
C: 304-767-9482
adrian@hlfwv.com
Paralegal: debra@hlfwv.com

# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF WEST VIRGINIA
# CHARLESTON

**AMBER D. HALL,**

    **Plaintiff,**

v.                                      **Civil Action Number: 2:20-cv-00146**
                                            **Judge: John T. Copenhaver, Jr.**

**GESTAMP WEST VIRGINIA, LLC,**
**BARRY HOLSTEIN,**
**KENNETH SUPRENANT,**
**& SCOTT HUGHES,**

    **Defendants.**

## **CERTIFICATE OF SERVICE**

I, D. Adrian Hoosier, II, counsel for Plaintiff, do hereby certify that I have served the foregoing ***PLAINTIFF'S PROPOSED VERDICT FORM,*** via United States District Court E-filing, on this the 2nd day of August, 2021, to the following:

Hendrickson & Long, PLLC
Attention: Raj A. Shah
Post Office Box 11070
Charleston, West Virginia 25339

Burr & Forman, LLP
Attention: Ronald W. Flowers, Jr.
420 North 20th Street, Suite 3400
Birmingham, Alabama 35203

_____
D. Adrian Hoosier, II, Esquire WVSB #10013